IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD STEPPE,

      Petitioner,                    No. CIV S-08-3020 JAM GGH P

      vs.

JERRY BROWN, Attorney General,

      Respondents.                ORDER

_____/

        Pursuant to the Order, filed on 12/18/08 (Docket # 4), petitioner was directed, should he seek to proceed upon objections to the Findings and Recommendations therein, separately recommending summary dismissal of his application for a writ of habeas corpus, to submit either an affidavit supporting a request to proceed in forma pauperis or the appropriate filing fee.  However, review of the case docket demonstrates that petitioner paid the filing fee as of 12/12/08.  Therefore, the portion of the Order (Docket # 4) regarding petitioner's further obligation as to the filing fee is hereby vacated.

        IT IS SO ORDERED.

DATED: January 16, 2009

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
step3020.vac