IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD STEPPE,

        Petitioner,                    No. CIV S-08-3020 JAM GGH P

    vs.

JERRY BROWN, Attorney General,

        Respondent.                ORDER

_____/

        Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 14, 2009, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has purported to file objections[1] to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

---

[1] Petitioner's putative "objections" are an outpouring of unrestrained, irrational and irrelevant vitriol.

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 14, 2009, are adopted in full; and

        2. Petitioner's March 9, 2009 (docket #9), "motion to ... reconsider," construed as a motion pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED: December 16, 2009

        /s/ John A. Mendez
        UNITED STATES DISTRICT JUDGE