IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD STEPPE,

    Petitioner,                              No. CIV S-08-3020 JAM GGH P

   vs.

JERRY BROWN, Attorney General,

    Respondent.                              ORDER

_____/

       On February 17, 2009, judgment was entered in this case pursuant to an Order, filed on the same day, summarily dismissing this case. By Order, filed on December 16, 2009, petitioner's motion for reconsideration, construed as a motion pursuant to Fed. R. Civ. P. 60(b), was denied. On December 23, 2009 (docket # 13), petitioner filed a one-page, jumbled "motion to reopen," which provides no coherent basis for further re-visiting this matter.

       Accordingly, IT IS ORDERED that petitioner's motion to re-open (docket # 13) be denied as already having been decided.

DATED: January 7, 2009                           /s/ Gregory G. Hollows

                                                           UNITED STATES MAGISTRATE JUDGE

GGH:009
step3020.ord